# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0325
LT Case No. 2023-CP-000238

———————————————

PHYLLIS A. WAGONER a/k/a
Phyllis Taylor, Individually and
as Personal Representative for
the Estate of Richard G. Taylor,

    Appellant,

    v.

JOANNE TAYLOR,

    Appellee.

———————————————

On appeal from the Circuit Court for Lake County.
Cary F. Rada, Judge.

Scott A. Smothers and Mitchell L. Davis, of Smothers Law Firm, P.A., Apopka, for Appellant.

Courtney D. Durham, of Courtney D. Durham, P.A., Ocala, for Appellee.

February 18, 2025

PER CURIAM.

AFFIRMED. *See State v. Clark*, 373 So. 3d 1128, 1131 (Fla. 2023).

SOUD, MACIVER, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---